■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CLINE, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— *Per Curiam.* The judgment appealed from properly denied,

without a hearing, an application for a writ of habeas corpus. (See Mental Hygiene Law, § 87, subd. 3; *People ex rel. Brunson* v. *Johnston,* 15 N Y 2d 647; see, also, *Matter of Cline* v. *Herold,* 25 A D 2d 572.) Judgment affirmed, without costs. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.